

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00516-CV

**IN THE INTEREST OF F.M. III**, a minor child

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0076-CV
Honorable Thomas Nathaniel Stuckey, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Because Appellant F.M. Jr. is indigent, no costs are taxed in this appeal.

SIGNED January 30, 2017.

_____
Patricia O. Alvarez, Justice